UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-565-DMG (JEMx)** | Date | April 14, 2020 |
| Title | *Fabric Selection, Inc. v. Unlimited Avenue, Inc. et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT STRIKE DEFENDANT BBY 5 DOLLAR FASHION'S ANSWER**

Defendant BBY 5 Dollar Fashion purported to file an Answer to Plaintiff Fabric Selection, Inc.'s Complaint on April 13, 2020. [Doc. # 26.] Page two of the Answer states that "Defendant BBY 5 Dollar Fashion is DD Digital Media, Inc. a Florida corporation d/b/a BBY 5 Dollar Fashion. *Id.* at 2. The Answer is signed only by BBY 5 Dollar Fashion's president, Dawn E Dubois, and there is no indication that BBY 5 Dollar Fashion has retained counsel to represent it in this action. *Id.* at 3, 1 (caption states that BBY 5 Dollar Fashion is proceeding as a "Defendant in Pro Per").

It is well-established that corporations may not appear in federal court without counsel to represent them. *See* C.D. Cal. L.R. 83-2.2.2.; *see also Rowland v. Cal. Men's Colony et al.*, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."). BBY 5 Dollar Fashion is therefore **ORDERED TO SHOW CAUSE** why the Court should not strike its Answer as improperly filed by a corporation without counsel. BBY 5 Dollar Fashion shall respond in writing by **April 28, 2020**.

**IT IS SO ORDERED**.